1

**JS-6 / ENTERED**

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12  JAMES NUNEZ,                    )   Case No. CV 11-10219-JPR
                                    )
13              Plaintiff,          )   **JUDGMENT**
                                    )
14         v.                       )
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of the Social      )
16  Security Administration,        )
                                    )
17              Defendant.          )
    _____)

18

19       For the reasons set forth in the accompanying Memorandum and

20  Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's

21  request for an order remanding the case for further proceedings

22  is DENIED; (2) the Commissioner's request for an order affirming

23  the Commissioner's final decision and dismissing the action is

24  GRANTED; and (3) judgment is hereby entered in the Commissioner's

25  favor.

26

27  DATED: December 12, 2012        _____
                                    JEAN ROSENBLUTH
28                                  U.S. Magistrate Judge